ALLEN BROSLOVSKY, State Bar No. 124102
broslaw@att.net
LAW OFFICE OF ALLEN BROSLOVSKY
613 West Noble Avenue
Visalia, CA 93277
Telephone: (559) 749-0900
Facsimile: (877)749-9880

Attorney for Defendant

FILED
SEP 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>PHILIP R. VALENCIA,<br><br>              Defendant. | NO. 1:13 MJ 196 SKO<br><br>DEFENDANT'S WAIVER OF PERSONAL APPEARANCE; ORDER<br><br>[FRCP RULE 43] |

Defendant Philip R, Valencia respectfully submits notice of his intent to waive his right to be present at any hearings regarding the above-entitled matter.

Federal Rule of Criminal Procedure 43 permits defendant Philip R. Valencia to knowingly and voluntarily waive his right to be physically present at hearings in this matter.

By his signature below, defendant Valencia knowingly and voluntarily waives his personal presence at future hearings in this matter.

DATED: September 18, 2013      By: _____
                                    Philip R. Valencia

DATED: September 18, 2013      LAW OFFICE OF ALLEN BROSLOVSKY

                                By: _____
                                    Allen Broslovsky,
                                    Attorney for Defendant
                                    Philip R. Valencia

Defendant Philip R. Valencia's Waiver of Personal Appearance Pursunt to FRCP Rule 43

Waiver of time

IT IS SO ORDERED.

DATED: September 19, 2013

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE