# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:13-mj-00196-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE AGAINST DEFENDANT'S COUNSEL FOR FAILING TO APPEAR AT THE FIRST STATUS CONFERENCE** |
| v. | |
| PHILLIP R. VALENCIA, | |
| Defendant. | |
| _____/ | |

On September 19, 2013, an arraignment hearing was held before Magistrate Judge Barbara A. McAuliffe, and Defendant Phillip R. Valencia ("Defendant") entered a plea of not guilty.  (Doc. 3.)  Defense counsel Phillip Broslovsky, Esq., appeared on behalf of Defendant.  (Doc. 3.)  The Court ordered that the First Status Conference be held on November 14, 2013, at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.  (Doc. 3.)  On November 14, 2013, Mr. Broslovsky failed to appear for the First Status Conference.

District courts have the inherent power to enforce their orders through civil contempt.  *In re Dual-Deck Video Cassette Recorder Antitrust Litig*., 10 F.3d 693, 695 (9th Cir. 1993).  Rule 110 of the Local Rules of the United States District Court, Eastern District of California provides that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  This includes monetary sanctions.

1     Here, counsel for Defendant failed to appear at the First Status Conference on November

2  14, 2013, as ordered by the Court.  Accordingly, Mr. Broslovsky is ORDERED to file a response

3  within seven (7) days of the date of this order and SHOW CAUSE why sanctions should not be

4  issued against him for his failure to appear at the First Status Conference.

5

6

IT IS SO ORDERED.

7

8     Dated:   **November 15, 2013**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28