**1**  BENJAMIN B. WAGNER
United States Attorney
**2**  ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
**3**  2500 Tulare Street, Suite 4401
Fresno, California 93721
**4**  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
**5**
Attorneys for the
**6**  United States of America

**7**

**8**              UNITED STATES DISTRICT COURT

**9**              EASTERN DISTRICT OF CALIFORNIA

**10**

**11**  UNITED STATES OF AMERICA,    ) CASE NO.: 1:13-MJ-00196-SKO
                                 )
**12**              Plaintiff,      ) STIPULATION TO CONTINUE STATUS
                                 ) CONFERENCE; ORDER
**13**       v.                     )
                                 ) From:   Thursday, January 9, 2014
**14**  PHILIP R. VALENCIA,          )
                                 ) To:
**15**              Defendant.      ) DATE:   Thursday, January 23, 2014
                                 ) TIME:   10:00 am
**16**                               )
                                 )
**17**

**18**     **IT IS HEREBY STIPULATED** by and between the parties through their
**19**  respective counsel, Special Assistant United States Attorney Elliott
**20**  C. Montgomery, Counsel for Plaintiff, and Allen Broslovsky, Counsel
**21**  for Defendant Philip R. Valencia, that the status conference scheduled
**22**  for Thursday, January 9, 2014, **may be continued to Thursday, January**
**23**  **23, 2013, at 10:00 a.m. before Judge Stanley A. Boone.**
**24**     The parties base this stipulation on good cause.  The government
**25**  has provided the defendant with supplemental discovery, and
**26**  additional time is needed for review of that discovery and further
**27**  defense investigation and preparation.
**28**  //

                          - 1 -    STIPULATION TO CONTINUE STAUS CONFERENCE
                                                    AND ORDER THEREON

```
                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated: November 15, 2013     By:    /s/ Elliott C. Montgomery
                                     ELLIOTT C. MONTGOMERY
                                     Special Assistant U.S. Attorney


Dated: November 15, 2013     By:    /s/ Allen Broslovsky
                                     ALLEN BROSLOVSKY
                                     Attorney For Defendant
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

**IT IS SO ORDERED.** The status conference set for Thursday, January 9, 2014 at 10:00 a.m. is continued to Thursday, January 23, 2013 at 10:00 a.m. before Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **November 20, 2013**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE