BENJAMIN B. WAGNER
United States Attorney
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-196 SKO |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL OF INFORMATION |
| PHILIP R. VALENCIA, | |
| Defendant. | |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elliott C. Montgomery, Special Assistant United States Attorney, hereby moves to dismiss the Information No. 1:13-mj-196 SKO against Philip R. Valencia, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 29, 2013        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ Elliott C. Montgomery
                                ELLIOTT C. MONTGOMERY
                                Special Assistant U.S. Attorney

                            1
                                            U.S.A. v. Valencia
                                        Case No. 1:13-mj-960 SKO

## O R D E R

IT IS HEREBY ORDERED that the Information No. 1:13-MJ-196 SKO, set for hearing January 23, 2014, against Philip R. Valencia, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **December 4, 2013**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE